Priority    X
Send    X
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.:  SA CV 01-275 GLT (MLGx)                     Date:  June 3, 2005

Title:  In re Broadcom Corporation Securities Litigation

PRESENT:

**HON. GARY L. TAYLOR, JUDGE**

Lisa Bredahl                                      None Present
Deputy Clerk                                      Court Reporter

ATTORNEY(S) PRESENT FOR PLAINTIFF(S):      ATTORNEY(S) PRESENT FOR DEFENDANT(S):
None Present                                      None Present

PROCEEDINGS:      **Order VACATING Hearing on Defendants' Motion for Partial Summary Judgment Re: Rule 10b-5(a) and (c)**

[In Chambers]

The hearing on Defendants' motion for partial summary judgment, set for June 20, 2005, is VACATED.  The hearing will be rescheduled, if necessary, by the newly assigned judge.

**INITIALS OF DEPUTY CLERK**

S:\GLT\LC1\Civil\2001\01-275\01-0275.MO.VacatingHearing.wpd

