Gretchen M. Nelson (Bar No. 112566)
*gnelson@kreindler.com*
KREINDLER & KREINDLER, LLP
707 Wilshire Blvd., Suite 5070
Los Angeles, CA  90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019

David Woodward (Bar No. 68073)
*dwoodward@heinsmills.com*
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
Telephone:  (612) 338-4605
Facsimile:  (612) 338-4692

**Attorneys for Class Plaintiffs**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| In Re BROADCOM CORP. SECURITIES LITIGATION  This Document Relates to ALL ACTIONS. | Master File No. SACV 01-275 (MLGx)  (Consolidated Cases)  <u>CLASS ACTION</u>  **[PROPOSED] ORDER FOR CY PRES AWARD OF RESIDUAL SETTLEMENT FUNDS**  Judge:  Hon. Dickran Tevrizian  Ctrm:   880 |

1  WHEREAS, by the Final Judgment and Order of Dismissal filed on September 12, 2005, the Court granted final approval of a class settlement with all Defendants and dismissed this action as to all parties;

4  WHEREAS, on June 3, 2011, the Court entered an Order directing Final Distribution of Net Settlement Fund [#742], which directed a distribution of residual funds to Class members and provided for any further distributions to Class members that may be economically practicable;

8  WHEREAS, on January 30, 2012, the Court entered an Order Directing Second Residual Distribution of Net Settlement Fund [#745], which directed a second distribution of residual funds to Class members and provided for any further distributions to Class members that may be economically practicable;

12  WHEREAS, a balance of approximately $9,372.00 will remain in the Net Settlement Fund following the second residual distribution to Class members;

14  WHEREAS, Lead Counsel and the Court-approved settlement administrator, Gilardi & Co. LLC ("Gilardi"), have jointly recommended that the Court award the remaining funds cy pres to one or more non-profit organizations, because further distribution to the class members would be economically impracticable; and

18  WHEREAS, the Court finds that a cy pres distribution to **Consumer Federation of America** will (1) address the objectives of the federal securities laws, (2) target the plaintiff class, and (3) provide reasonable certainty that class members will be benefitted;

22  On the basis of the foregoing, and all the files, records, and proceedings herein,

23  IT IS HEREBY ORDERED THAT:

24  1. The joint recommendation of Lead Counsel and Gilardi for a cy pres award of the remaining balance of the Net Settlement Fund is accepted.

26  2. As soon as practicable after the entry of this Order, Gilardi shall pay the remaining balance of the Net Settlement Fund to **Consumer Federation of America**.

3. The Court shall continue to retain jurisdiction with respect to all matters pertaining to settlement administration and distribution.

IT IS SO ORDERED.

Dated: August 1, 2012

*Audrey B. Collins*

U.S. District Court Judge

3